# STATEMENT OF FACTS

The Metropolitan Police Department and Federal Bureau of Investigation have been investigating a pattern of armed commercial robberies in the Georgetown and Glover Park neighborhoods of the District of Columbia. Since August 2023, nine robberies have occurred in this area of the District of Columbia that, as explained below, appear to have been committed by Roberto McBean:

| Identifier | Date | Approx. Time | Business Address | Weapon |
|---|---|---|---|---|
| Robbery 1 | August 22, 2023 | 6:15 PM | Washington Sunoco Gas Station 2450 Wisconsin Ave NW | hammer |
| Robbery 2 | August 31, 2023 | 2:16 PM | Georgetown Wine & Spirits 2701 P Street NW | knife |
| Robbery 3 | November 23, 2023 | 3:30 PM | Glover Park Market 2411 37th Street NW | firearm |
| Robbery 4 | December 8, 2023 | 8:45 PM | Georgetown Exxon Gas Station 1601 Wisconsin Ave NW | firearm |
| Robbery 5 | December 16, 2023 | 5:15 PM | Glover Park Market 2411 37th Street NW | No weapon displayed |
| Attempted Robbery 6 | December 20, 2023 | 8:19 PM | Georgetown Wine & Spirits 2701 P Street NW | firearm |
| Robbery 7 | January 4, 2024 | 3:08 PM | Sara's Market and Dry Cleaners 3008 Q Street NW | firearm |
| Robbery 8 | January 5, 2024 | 5:50 PM | Glover Park Market 2411 37th Street NW | firearm |
| Robbery 9 | January 8, 2024 | 6:06 PM | Glover Park Market 2411 37th Street NW | firearm |

**A. Robbery 1: Washington Sunoco Gas Station (August 22, 2023)**

On August 22, 2023, at approximately 6:15 PM, an armed robbery of the Washington Sunoco gas station at 2450 Wisconsin Avenue NW, Washington, D.C., occurred. The reporting person (Victim-1), an employee of the gas station, called 911. Victim-1 reported that he was working in the employee area when the perpetrator entered the location, walked into the employee only area, and produced a small hammer while stating, "don't touch anything, don't say anything, this is hard for me." The perpetrator instructed Victim-1 to open the register and Victim-1 complied. The perpetrator removed approximately $500 USD from the register before walking out of the location. Victim-1 followed the perpetrator for a short distance. The perpetrator was last seen heading westbound in the 3700 block of Calvert St NW.

1

The perpetrator was wearing gloves during the offense, but he was not wearing a mask. CCTV footage at the location captured clear images of the perpetrator during the offense. Screenshots from the CCTV footage of the perpetrator are below:

 

**B.  Robbery 2: Georgetown Wine and Spirits (August 31, 2023)**

On August 31, 2023, MPD officers responded to Georgetown Wine and Spirits, located at 2701 P Street NW, Washington, D.C., for an armed robbery occurring around 2:16 pm.

Victim-2, an employee of the store, stated that the perpetrator had entered the store, removed a bottle of Josh Reserve wine from a display box, and placed the bottle of wine on the counter. Immediately after placing the bottle on the counter, the perpetrator walked behind the counter where Victim-2 was working at the register. The perpetrator removed what Victim-2 described as a vegetable knife with a green plastic handle from his right rear pants pocket, pointed the blade at Victim-2, and began mumbling. Shortly thereafter, the perpetrator, while still mumbling, stated in a more assertive voice, "get the cash from the drawer. Give me your wallet." Victim-2 slowly opened the register drawer which was on a shelf under the counter and began removing cash from each tray in the register. Victim-2 stated that he was moving slowly and the suspect then held the side of the register drawer with his hand and removed the remaining amount of money from the register drawer. Victim-2 estimated that the register contained approximately $1000.00.

As the perpetrator was walking away from the counter, Victim-2 pushed the panic button under the register. The perpetrator then left the store and, on the way out, took a bottle of "Tour of Campana" wine.  Victim-2 observed the perpetrator leave the store on foot and travel southbound in the 1400 block of 27th St and then turn right into the first alleyway off 27th Street. Victim-2 also added that the perpetrator was inside the store the day prior but did not make a purchase, and that he believed the perpetrator was "casing" the store.

Investigators obtained surveillance video from the store's DVR system showing the robbery. Screenshots from the surveillance video are below:





### C. Robbery 3: Glover Park Market (November 23, 2023)

On Thursday, November 23, 2023, MPD officers responded to the Glover Park Market located at 2411 37th St NW, Washington, D.C., for an armed robbery. When the officers arrived, they met with the reporting party, Victim-3, who was working as the cashier for the market.

Victim-3 stated that the perpetrator entered the market and robbed her at gun point. The perpetrator took approximately $150 from the cash register and fled south on 37th St NW. Victim-3 told a detective that she was working the front cash register when the perpetrator walked in and began asking about cigarettes. Victim-3 then saw that the perpetrator was holding a black firearm in his right hand. The perpetrator walked behind the counter and told Victim-3 to give him the cash. The perpetrator opened the cash register drawer and began taking money. Victim-3 stated that the perpetrator asked her for a bag. Victim-3 got a white plastic bag and began filling it with money. The perpetrator became frustrated that Victim-3 was filling the bag too slowly. Victim-3 advised that the perpetrator took the bag from her and filled it with the remaining money. The total amount taken was approximately $150. Victim-3 stated that the perpetrator left the market and turned left, heading southbound. The perpetrator was wearing all black clothing to include a mask, "beanie" hat, and gloves.

Investigators obtained the store's surveillance footage, which showed a person wearing all black clothing with a mask and gloves enter the market and walk behind the counter and approach Victim-3. They appear to engage in conversation. The perpetrator opens the drawer to the cash register. Victim-3 grabs a white plastic bag and begins to fill it with money. The perpetrator takes the bag from Victim-3 and fills it with money before fleeing the location. Detective Sharpton also obtained Ring camera footage from a nearby residence in the 2300 block of 37th St NW. A screenshot from the surveillance video and Ring video footage is below:



### D. Robbery 4: Georgetown Exxon Gas Station (December 8, 2023)

On December 8th, 2023, at approximately 8:54 PM, MPD officers responded to an armed robbery at the Exxon Gas station located at 1601 Wisconsin Avenue, NW, Washington, DC.

Investigators spoke with Victim-4, an employee of the gas station. Victim-4 advised that at approximately 8:45-8:50 PM, he was alone in the station behind the counter when he heard a knock at the front door of the station. Upon further investigation, Victim-4 observed the perpetrator at the door and unlocked it to let him in. Shortly upon entering, the perpetrator stated something to the effect of "give me the money," opened his jacket, and produced a small firearm. Victim-4 opened the register and placed the money (approximately $400) from the money tray into a bag that the perpetrator brought. The perpetrator then fled on foot under the pump island and eastbound into the 3200 block of Q St NW.

Victim-4 described the perpetrator as a black male, 5'5"-5'6", medium build, dark skin, black short curly hair, black jacket with golden fur, dark pants, white or silver running shoes, a white mask, and wearing medical gloves. Victim-4 advised that he may have seen the perpetrator approximately 3-4 times in the past at the station during the late evening hours (around 8:00-9:00 pm) and reported no issues during those interactions.

According to the gas station, the surveillance cameras were not working at this time.

### E. Robbery 5: Glover Park Market (December 16, 2023)

On December 16, 2023, at approximately 5:30 pm, MPD officers responded to the Glover Park Market at 2411 37th Street NW, Washington, DC, for a second armed robbery at this location. Officers and investigators spoke with Victim-3, who had been the victim of the previous robbery (Robbery 3) at this location.

Victim-3 advised that she was sitting in a chair behind the counter in the store alone on her phone when the perpetrator arrived. The perpetrator went directly behind the counter and opened the cash drawer of the register. The perpetrator took approximately $250-300, multiple scratch off tickets, and a plastic bag. The perpetrator asked something to the effect of "is that all the money." The perpetrator did not display a weapon but had a hand in his pocket. The perpetrator fled out of the store on foot northbound.

Victim-3 described the perpetrator as a male, approximately 5'6-5'7", heavy set, dark brown complexion, with a possible beard, and wearing surgical masks, a black jacket with a brown fur hood, T-Shirt, and possibly biker gloves. Victim-3 advised that she felt that this perpetrator was the same suspect from the November 23rd, 2023, robbery due to similar physical characteristics, voice, and the way the robberies occurred.

Investigators obtained surveillance video from the store. The surveillance video shows the perpetrator go behind the counter, where Victim-3 is seated, and begin emptying the register of its contents into a white bag. The perpetrator takes multiple scratch off tickets before fleeing. Screenshots from the surveillance video are below:



### F. Attempted Robbery 6: Georgetown Wine and Spirits (December 20, 2023)

On December 20, 2023, MPD officers responded to an attempted robbery of the Georgetown Wine and Spirits at 2701 P St NW, Washington, D.C., around 8:19 PM. Officers and investigators spoke with Victim-2, a store employee who was the victim of the previous robbery at this location on August 31, 2023 (Robbery 2).

While working the front counter, Victim-2 observed the perpetrator enter the location and immediately recognized him as the person who had robbed the location on August 31. The perpetrator placed a bag on the counter and stated, "empty the register, give me the money." Victim-2 told the perpetrator that he did not have a key, at which time the perpetrator produced a small, semi-automatic pistol from his jacket and again demanded the money from the register. Victim-2 then pick up the entire register and handed it to the perpetrator, who took the register and "fumbled" with it before handing it back. The perpetrator told Victim-2 that he thought Victim-2 was lying, at which time Victim-2 produced a multi-tool and pretended to try and force the register open. When this was unsuccessful, the perpetrator left the location and traveled northbound towards the 1500 block of 27th St NW, where Victim-2 saw him getting into a dark colored sedan. The sedan was last seen turning left on Q St NW heading westbound.

Victim-2 described the perpetrator as being a black male, approximately 29-31 years of age, 5'9"-5'10" in height, approximately 180 lbs, and wearing all black clothing to include a black medical style mask. Additionally, Victim-2 stated that he was "200%" sure that this was the same suspect as the earlier robbery on August 31.

6

The store has a surveillance system. MPD retrieved the DVR system and investigators are awaiting extraction of the CCTV footage from the DVR.

### G. Robbery 7: Sara's Market (January 4, 2024)

On January 4th, 2024, MPD officers responded to an armed robbery at approximately 3:08 PM at Sara's Market and Dry Cleaners, 3008 Q Street, NW, Washington, D.C.

Officers and investigators spoke with the store employee, Victim-5. Victim-5 advised that around 3:00 pm, the perpetrator entered the store and proceeded to the wine shelf on the west side of the store. The perpetrator picked up a bottle of Las Mules Cabernet Sauvignon and went to the kitchen counter where Victim-5 was working. Victim-5 took the bottle of wine from him and lead him to the front counter to check out the bottle. The perpetrator made an incoherent statement, produced a firearm, and stated something to the effect of "give me your cash." Victim-5 advised the perpetrator that the establishment was cashless which seemed to confuse him. The perpetrator then walked back towards the wine rack and asked something to the effect of "where's the red wine?" The perpetrator then took the bottle of wine he originally brought to the counter and walked out eastbound on the 3000 Block of Q Street, Northwest.

Victim-5 described the perpetrator as a black male, medium complexion, approximately 5'8", late 30s to early 40s, stocky-ish build, neck tattoo with unknown cursive script, black beard underneath a black disposable mask, a black puffer coat with tan fur, dark grey pants, red sneakers, and white latex gloves.

Investigators obtained store surveillance video of the robbery. Screenshots from the store surveillance video are below:





### H. Robbery 8: Glover Park Market (January 5, 2024)

On January 5, 2024, at approximately 5:40 PM, MPD officers responded to an armed robbery at the Glover Park Market at 2411 37th St NW, Washington, DC. Two similar robberies previously occurred at this location: Robbery 3 on November 23 and Robbery 5 on December 16.

Officers and investigators spoke with Victim-6, an employee of the store. Victim-6 stated that he was behind the counter when the perpetrator approached and gave him a bag. The perpetrator told him to "empty the register." The perpetrator pulled out a black handgun and held the handgun down to his side, while Victim-1 filled the plastic bag with the cash from the register (approximately $300 to $400 dollars). The perpetrator then grabbed five $30 dollar lottery tickets and two packs of American Spirits "Blue" before leaving the store. Victim-6 described the perpetrator as a black male wearing a black coat with fur on the hood, a white mask, black pants, red shoes, and a T-shirt that had a white graphic and white text, with one glove on. The hand that held the gun did not have a glove.

Investigators obtained video surveillance from the store showing the robbery. The t-shirt with the graphic design appears to be the same graphic t-shirt observed being worn during the robbery of the same store on December 16. The t-shirt is a black, white, and red t-shirt with the Japanese anime character "Luffy" from the show "One Piece." The perpetrator also appears to be wearing a similar coat during both robberies.

8

**Coat and Shirt during Robbery 8 on January 5, 2024:**

**Coat and Shirt during Robbery 5 on December 16, 2023:**

 



### I. Robbery 9: Glover Park Market (January 8, 2024)

On Monday, January 8, 2024, Second District CST Sergeant John Loveday was near the Glover Park Market located at 2411 37th St NW around 6:00 PM when he saw an individual matching the description of a suspect from previous robberies from the market. Sergeant Loveday saw Victim-3 standing outside of the market. Sergeant Loveday pulled his vehicle next to Victim-3 and asked her if that was him and she replied, "that's him!"

Sergeant Loveday observed the perpetrator get in a red Mazda bearing D.C. tag #JA9119.

9

Officers and investigators spoke with Victim-3, who had been the victim in two previous robberies at this location, Robbery 3 on November 23 and Robbery 8 on December 16. Victim-3 advised that the person who robbed the market is the same person that had robbed them multiple times prior. Victim-3 reported that the perpetrator entered the Glover Park Market while she was working behind the front counter of the market. The perpetrator walked behind the counter and opened the cash register, removing $300 from the register and placing it in a white plastic bag before fleeing the location. Victim-3 saw a black handgun inside the perpetrator's jacket pocket. The perpetrator told Vicitm-3 that he was not going to hurt her.

CCTV footage from the store was obtained showing the perpetrator wearing a black coat with fur around the hood, a white face mask, a graphic t-shirt, and red shoes. Screenshots from this surveillance video are below.



The coat worn in Robbery 9 is consistent with the coat the perpetrator wore during Robberies 5, 7, and 8. The perpetrator is also wearing shoes consistent with the shoes observed in Robberies 7 and 8. Finally, the perpetrator appears to wear the same shirt in Robberies 1 and 9.



10

**SURVEILLANCE VIDEO SHOWING RED SHOES**

Robbery 7
Sara's Market
1/4/2024

Robbery 8
Glover Park Market
1/5/2024

Robbery 9
Glover Park Market
1/8/2024





**SURVEILLANCE VIDEO SHOWING THE SAME SHIRT**

Robbery 1
Washington Sunoco
8/22/2023

Robbery 9
Glover Park Market
1/8/2024




**J. Identification of Roberto McBean as the driver of the Mazda**

The license plate number for the red Mazda with D.C. tag #JA9119 was registered to Witness-2 at an address in Washington, D.C.

Detectives responded to this address and spoke with Witness-1. Witness-1 advised that the vehicle belonged to her brother, Witness-2. Witness-1 stated she had no information to provide on the whereabouts of Witness-2. Witness-1 was shown a photograph of the perpetrator from surveillance video and asked if she knew the person. Witness-1 advised that she did not, and she wants no involvement with MPD's investigation.

Detective Jeremy Sharpton called Witness-2 concerning the vehicle. Witness-2 advised that he is the owner of a 2014 red in color Mazda CX-9 with D.C. tag # JA9119. Witness-2 stated he was not operating the vehicle on January 8, 2024, around 6:00 pm.

Detectives Sharpton and Gray responded to Witness-2's address and observed a red Mazda in front of the address. Witness-2 and his girlfriend, Witness-3, were waiting outside for the detective's arrival. The detectives met with Witness-2 and Witness-3. Detective Sharpton explained that the vehicle in question was used in an armed robbery earlier in the evening in Washington D.C. Witness-2 stated that Roberto McBean was operating his red 2014, Mazda CX-9 with D.C. tag # JA9119 at the time of the robbery. Witness-2 explained that he had a familial relationship with Roberto McBean through Witness-3.

Witness-2 also stated that after he had spoken to Detective Sharpton over the phone, he spoke with Roberto McBean, who was with him at the time. Witness-2 stated that he asked Roberto McBean, "What did you do?" Witness-2 advised that Roberto McBean told him that he took some money from a drawer while in D.C. Roberto McBean left the location before the detective's arrival.

Witness-3 stated that Roberto McBean is her son, and that her son also told her he had taken some money from a drawer. Detective Sharpton showed Witness-3 a screenshot[1] of the suspect from Glover Park Market's CCTV cameras from Robbery 9. Witness-3 viewed the photograph and immediately began to cry, "That's my son! That's my son!" Detective Sharpton asked Witness-3 if the person in the photograph is Roberto McBean. Witness-3 confirmed that the person in the photo is Roberto McBean.



---

[1] In a prior submission, a photo from the same angle but from Robbery 8 was submitted. Detective Sharpton clarified to your affiant that it was actually this photo from Robbery 9 that was shown.

12

### K. Booking Photo of Roberto McBean

I reviewed a booking photograph of Roberto McBean from May 12, 2022. Roberto McBean has a listed height of 5'5" and a weight of 220 lbs. The photograph is below:



I have compared this photograph to surveillance video obtained during this investigation. Mr. McBean appears consistent with the individual depicted in the surveillance video for Robberies 1, 2, 3, 5, 7, 8, and 9. A comparison of the booking photograph and three of the surveillance videos is below:



Moreover, as noted above, Victim-3 confirmed that the individual who committed Robbery 9—who was identified in surveillance video by his mother as Roberto McBean—was the same

13

person who committed the two prior robberies at Glover Park Market involving this victim (Robberies 3 and 5).

### L. Facebook Photos of Roberto McBean

I also located a publicly available Facebook account for Roberto McBean and his mother. Mr. McBean uses an account under the name "Roberto Coppola." I recognized Mr. McBean in many photos on that account. Several similar photos are also on Mr. McBean's mother's Facebook page. In reviewing the Facebook accounts, I found photos of Mr. McBean wearing a coat that appears similar to the coat worn by the perpetrator of Robberies 5, 7, 8, and 9.

For example, in the picture below, Mr. McBean is wearing this coat in a picture posted on December 20, 2019:



I also found a video posted on October 9, 2023, on Mr. McBean's mother's Facebook page. The video appears to show Mr. McBean wearing a blue patterned lanyard around his neck, which is consistent with the blue patterned lanyard worn by the perpetrator of Robbery 1:

Robbery 1: 

October 2023 Facebook Video: 

Based on the foregoing, I submit that there is probable cause to believe that the defendant, Roberto McBean, violated 18 U.S.C. § 1951(a) (Interference with commerce by robbery) on January 8, 2024.

_____
Detective Jennifer Ellis
Metropolitan Police Department
Phone: 202-604-1196

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 22nd day of January, 2024.*

_____
HONORABLE MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE