AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

ROBERTO ANTONIO MCBEAN

*Defendant*

) Case: 1:24-mj-00023
) Assigned To : Judge Moxila A. Upadhyaya
) Assign. Date : 1/22/2024
) Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROBERTO ANTONIO MCBEAN                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951(a) - Interference with Interstate Commerce by Robbery.

Date:  01/22/2024

*Issuing officer's signature*

City and state:  Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  1/29/2024  , and the person was arrested on *(date)*  1/29/2024
at *(city and state)*  Washington D.C.          .

Date:  1/29/2024

*Arresting officer's signature*

Kayleen Bretz  USM
*Printed name and title*